THE R.C. MAXWELL COMPANY v. ROBERT SCHIFF.

September 7, 1988.

Petition for certification denied.

IN THE MATTER OF H.J., A MINOR.

NEW JERSEY DIVISION OF YOUTH AND
FAMILY SERVICES v. C.J.

September 7, 1988.

Petition for certification denied.

ESSEX COUNTY DIVISION OF WELFARE v. ABDUL ALI.

September 7, 1988.

Petition for certification denied.

ROBERT J. ANDREACH v. MONMOUTH COLLEGE.

September 7, 1988.

Petition for certification denied.